**Order entered December 1, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01234-CV

## IN RE TARA MCDANIEL, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-07909**

## ORDER
Before Justices Myers, Nowell, and Goldstein

On November 17, 2022, relator filed a petition for writ of mandamus. Relator's petition is not supported by an appendix or record as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(k), 52.7. Relator's petition, however, refers to exhibits and a reporter's record, and it includes a table of contents for an appendix.

We **ORDER** relator to file an appendix and any record in accordance with the Texas Rules of Appellate Procedure by **December 7, 2022**. We caution relator that a failure to file the appendix and record as ordered by this Court will result in the dismissal of this cause without further notice.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE